# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **John W. Johnson, et al.,** | § § § | |
| *Plaintiffs*, | § § | |
| *v.* | § § | Civil Action No. 4:13-cv-03492 |
| **Ecolab, Inc.,** | § § § | |
| *Defendant*. | § § | |

### ORDER GRANTING ECOLAB'S MOTION TO EXPEDITE BRIEFING

Pending before the Court is Defendant Ecolab's Motion to Expedite Briefing Schedule on its Renewed Motion For a Stay of Discovery Pending Resolution of its Motion to Compel Arbitration. After considering the motion, any responses and replies, and arguments of counsel, the Court is of the opinion that the motion should be granted.

Accordingly, Defendant Ecolab's Motion to Expedite Briefing Schedule on its Renewed Motion For a Stay of Discovery Pending Resolution of its Motion to Compel Arbitration is GRANTED; and

The Court ORDERS that any response to Defendant Ecolab's Renewed Motion for a Stay of Discovery Pending Resolution of Its Motion to Compel Arbitration be filed by **March 10, 2014**.

Dated this __ day of March 2014.

                                                                                                 _____  
                                                                                                  United States District Judge